J. HERMON MCLEAR, as Director and Officer of MCLEAR MINES, INC., Respondent, v. CLARA MCLEAR et al., Appellants, et al., Defendants.—

Opinion by Hill, P. J. Bliss, Heffernan and Schenck, JJ., concur; Crapser, J.

dissents, and votes to affirm the orders appealed from upon the ground that there are so many misstatements and cross-statements in the papers that a trial should be had and an opportunity to cross-examine should be given.